# IN THE COURT OF APPEALS FOR THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 71368-0-I |
| Respondent, | ) ) | DIVISION ONE |
| v. | ) ) | UNPUBLISHED OPINION |
| SHAYLOR LATOYA BLACK, | ) ) | |
| Appellant. | ) ) | FILED:   DEC 8 - 2014 |
| | ) | |

PER CURIAM — Shaylor Black appeals from the sentence imposed after she pleaded guilty to one count of fourth degree assault (domestic violence) and one count of misdemeanor violation of a court order (domestic violence). The sentencing judge discussed race and gender comparisons as part of the reason for imposing sentence. Such a discussion is impermissible, presenting an appearance of bias. Accordingly, we accept the State's concession that the sentence should be reversed and the matter remanded for resentencing before a different judge.

Reversed and remanded.

FOR THE COURT:

Trickey, J

Veulh, J

Cox, J.